THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Justin G., a minor under the age of seventeen, Appellant.
 
 
 

Appeal From Laurens County
Billy A. Tunstall, Jr., Family Court Judge

Unpublished Opinion No. 2008-UP-492
 Submitted August 1, 2008  Filed August
18, 2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Justin G., a minor, appeals his guilty
 pleas to second-degree burglary and simple assault and battery.  Justin argues
 that his guilty pleas failed to comply with Boykin v. Alabama, 395 U.S.
 238 (1969).  After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Justins appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
KONDUROS, J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.